IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DENNIS BRILEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-05-314 |
| § | |
| FRANCIS J. HARVEY, § | |
| *Secretary of the Army*, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the order granting Defendant's motion for summary judgment, Plaintiff's claims are dismissed with prejudice. This is a Final Judgment.

SIGNED and ENTERED this 30th day of May, 2006.

_____
Janis Graham Jack
United States District Judge